```
                                    FILED        RECEIVED
                                    ENTERED      SERVED ON
                                         COUNSEL/PARTIES OF RECORD

                                         OCT 2 5 2011

                                         CLERK US DISTRICT COURT
                                           DISTRICT OF NEVADA
                                    BY:                        DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CR-288-KJD (RJJ) |
| ) | |
| SCOTT JONES, ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on October 25, 2011, defendant SCOTT JONES pled guilty to Count Two of a Two-Count Criminal Indictment charging him with Possession of Child Pornography, in violation of Title 18, United States Code, Section 2256(8) and Title 18, United States Code, Sections 2252A(a)(2) and (a)(5)(B).

This Court finds defendant SCOTT JONES agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment, the Plea Agreement, and the Bill of Particulars for Forfeiture of Property. #1, #33, #__.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment the Plea Agreement, and the Bill of Particulars for Forfeiture of Property and the offense to which defendant SCOTT JONES pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

|    |                                                                                          |
|----|------------------------------------------------------------------------------------------|
| 1  | a. Compaq Desktop computer, Serial Number MXK40506KG;                                    |
| 2  | b. Compaq Desktop computer, Serial Number 1X8CCFDHE912; and                              |
| 3  | c. any book, magazine, periodical, film, videotape, or other matter which                |
| 4  | contains any such visual depiction, which was produced, transported, mailed              |
| 5  | shipped, or received; computer images, including movie and still image files,            |
| 6  | depicting a minor engaging in sexually explicit conduct and the diskettes and            |
| 7  | hard drives on which they are maintained.                                                |
| 8  | This Court finds the United States of America is now entitled to, and should, reduce the |
| 9  | aforementioned property to the possession of the United States of America.               |
| 10 | NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the                      |
| 11 | United States of America should seize the aforementioned property.                       |
| 12 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of           |
| 13 | SCOTT JONES in the aforementioned property is forfeited and is vested in the United States of |
| 14 | America and shall be safely held by the United States of America until further order of the Court. |
| 15 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America               |
| 16 | shall publish for at least thirty (30) consecutive days on the official internet government forfeiture |
| 17 | website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state |
| 18 | the time under the applicable statute when a petition contesting the forfeiture must be filed, and state |
| 19 | the name and contact information for the government attorney to be served with the petition, |
| 20 | pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2). |
| 21 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be                 |
| 22 | filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101. |
| 23 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,             |
| 24 | shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the |
| 25 | following address at the time of filing:                                                 |
| 26 | . . .                                                                                    |

| | |
|---|---|
| 1 | MICHAEL A. HUMPHREYS |
| | Assistant United States Attorney |
| 2 | DANIEL D. HOLLINGSWORTH |
| | Assistant United States Attorney |
| 3 | Lloyd D. George United States Courthouse |
| | 333 Las Vegas Boulevard South, Suite 5000 |
| 4 | Las Vegas, Nevada 89101. |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 25 day of Oct, 2011.

_____
UNITED STATES DISTRICT JUDGE